NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT B. LANE,                         )
                                        )
      Appellant,                        )
                                        )
v.                                      )    Case No. 2D16-3859
                                        )
STATE OF FLORIDA,                       )
                                        )
      Appellee.                         )
_____ )

Opinion filed May 30, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and MORRIS and ATKINSON, JJ., Concur.